FRANK J. DONATO et al., Appellants, *v.* JOHN McNEE et al., Defendants, and LOUIS SYLVESTRO et al., Respondents.

(Submitted May 2, 1932; decided June 1, 1932.)

*Irving G. Kennedy* and *John S. Sickels* for appellants. *Joseph F. Haher* for Louis Sylvestro and Josephine Sylvestro, respondents.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.